SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------X
HSBC BANK USA, NATIONAL                     Index No. 655713-2019
ASSOCIATION,                                AFFIDAVIT OF SERVICE
                            Plaintiff,

          -against-

PAKS HOLDINGS LLC; ANTHONY
RICCARDI; and PATRICIA RICCARDI,

                            Defendants.
----------------------------------------X

    ALAN JONES, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 3rd day of October, 2019, at approximately 8:15 p.m., deponent rang the doorbell of 73 Lake Wind Road, New Canaan, Connecticut 06840. A woman wearing pajamas answered. Deponent asked if she was Patricia. She said that she was. Deponent then asked if her husband was available. She said that he was not home and that her child was inside alone. Deponent informed Patricia that he was there to serve legal papers upon her as well as her husband and their Company.

    Deponent then served Patricia Riccardi personally with three true copies of a Notice of Electronic Filing, Summons (Endorsed with the Index Number and the Date of Filing) and Complaint with Exhibits. One for herself individually. One for Paks Holdings LLC, as a Member. One for Anthony Riccardi, as his spouse and person of suitable age and discretion at that address his actual place of residence. Patricia Riccardi accepted the papers in hand. At the time of service deponent asked Patricia Riccardi if either she or Anthony Riccardi is in active military service for the United States or for the State in any capacity whatsoever and received a negative reply.

    Patricia Riccardi is a white female, approximately 50-60 years of age, stands approximately 4'10" - 5'1" tall, weighs approximately 95-110 pounds with brown hair. Deponent later confirmed the identify of the defendant using a photograph provided by the plaintiff. A copy of the photograph is annexed.

    That on the 4th day of October, 2019, deponent served an additional true copy of the aforementioned documents upon Anthony Riccardi by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an Attorney, and depositing the same into an official depository maintained by the Government of the United States, County of Hartford and State of Connecticut, addressed as follows:

  Anthony Riccardi
  73 Lake Wind Road
  New Canaan, CT 06840

STATE OF CONNECTICUT )
                         s.s.:
COUNTY OF HARTFORD )

Subscribed & sworn to (or affirmed) Before me this 7TH day of November, 2019, by ALAN JONES, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
ALAN JONES

_____
NOTARY PUBLIC

ELIZABETH KULAS
Notary Public
Connecticut
Comm. Expires May 31, 2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------X
HSBC BANK USA, NATIONAL                    Index No. 655713-2019
ASSOCIATION,                               **CERTIFICATE OF CONFORMITY**
                        Plaintiff,
    -against-

PAKS HOLDINGS LLC; ANTHONY
RICCARDI; and PATRICIA RICCARDI,

                        Defendants.
---------------------------------------X
STATE OF CONNECTICUT )
                     ) s.s.:
COUNTY OF HARTFORD   )

On the 7th day of November, 2019, ALAN JONES, personally appeared, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument (Affidavit of Service upon Patricia Riccardi, Paks Holdings LLC and Anthony Riccardi) and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

Dated: NOVEMBER 7, 2019                     _Elizabeth Kulas_
                                            NOTARY PUBLIC

                                            ELIZABETH KULAS
                                            Notary Public
                                            Connecticut
                                            My Comm. Exp. May 31, 2020

