**CARLTON FIELDS**

ATTORNEYS AT LAW

**Chrysler Building**
405 Lexington Avenue | 36th Floor
New York, New York 10174-3699
212.785.2577 | fax 212.785.5203
www.carltonfields.com

Atlanta
Florham Park
Hartford
Los Angeles
Miami
**New York**
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Nora A. Valenza-Frost
Attorney
212.785.2577
Nvalenza-frost@carltonfields.com

March 20, 2020

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:   *HSBC Bank USA, N.A. v. Paks Holdings LLC, et al.*
               Case No. 19-Civ. 10193 (PGG)

Judge Gardephe:

The parties submit this joint letter pursuant to the Pretrial Conference Order [D.E. 16] in the above-referenced case concerning the status of settlement negotiations.

While HSBC Bank USA, NA, Patricia Riccardi and Paks Holdings LLC have discussed the prospect of settlement, in light of the contemplated bankruptcy filings by Patricia Riccardi and Paks Holdings LLC, Counsel does not believe settlement discussions would be fruitful at this time.

HSBC has not been able to confer with Anthony Riccardi regarding settlement.[1]

Respectfully submitted,

/s/ *David Shufrin, Esq.*
Hurwitz, Sagarin, Slossberg, & Knuff, LLC
147 North Broad Street
Milford, CT 06460

/s/ *Nora A. Valenza-Frost*
Carlton Fields, P.A.
405 Lexington Ave., 36th Floor
New York, NY 10174

---

[1] On February 27, 2020, Plaintiff HSBC Bank USA, NA, pursuant to Your Honor's Individual Rules, submitted to the Court an Order to Show Cause for Entry of Default Judgment against Defendant Anthony Riccardi.

Carlton Fields, P.A.
A Professional Corporation
Carlton Fields, P.A. practices law in California through Carlton Fields, LLP.