

DAVID C. SHUFRIN, ESQ.
DShufrin@hssklaw.com

LAW OFFICES
147 North Broad Street
Milford, CT 00
T: 203.877.8000
F: 203.878.9800
hssklaw.com

*Via ECF*

April 6, 2020

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

  Re: HSBC Bank USA, N.A. v. Paks Holdings LLC, et al.
     Case No. 19-Civ. 10193 (PGG)

Judge Gardephe:

The undersigned, counsel for PAKS Holdings LLC and Patricia Riccardi, does not object to the proposed civil case management plan.

Respectfully,

/s/ *David C. Shufrin*

David C. Shufrin

cc: Nora Anne Valenza-Frost, Esq.