UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HSBC BANK (USA), N.A., <br><br> Plaintiff, <br><br> - against - <br><br> PAKS HOLDINGS LLC, ANTHONY RICCARDI, AND PATRICIA RICCARDI, <br><br> Defendants. | **ORDER OF DEFAULT** <br><br> 19 Civ. 10193 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS Plaintiff commenced this action in New York Supreme Court on October 1, 2019, and the action was removed to this Court on November 1, 2019 (Dkt. No. 1);

WHEREAS Defendant Anthony Riccardi has neither appeared nor responded to the Complaint;

Whereas, on August 5, 2020, Plaintiff moved for a default judgment (Dkt. No. 32);

WHEREAS, on August 7, 2020, this Court ordered Defendant Anthony Riccardi to show cause why a default judgment should not be entered against him and scheduled a hearing for August 27, 2020 (Dkt. No. 33);

WHEREAS Plaintiff served the Order to Show Cause on Defendant Anthony Riccardi on January 8, 2020 (Dkt. No. 34);

WHEREAS this Court issued an order stating that the show cause hearing would take place via a telephonic dial-in on August 24, 2020 (Dkt. No. 35);

WHEREAS Plaintiff served the scheduling order on Defendant Anthony Riccardi on August 25, 2020 (Dkt. No. 36);

WHEREAS Defendant Anthony Riccardi filed no opposition to Plaintiff's motion for a default judgment and did not appear at the hearing;

It is hereby ORDERED that an order of default is entered against Defendant Anthony Riccardi, and that this matter is referred to Magistrate Judge Cott for an inquest into damages.

The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
       August 27, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge