UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HSBC BANK (USA), N.A.,

                    Plaintiff,                    19 **CIVIL** 10193 (PGG)

       -against-                    **JUDGMENT**

PAKS HOLDINGS LLC, ANTHONY RICCARDI,
AND PATRICIA RICCARDI,

                    Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 28, 2021, the R&R is adopted in its entirety and Plaintiff is awarded $1,008,484.40 in damages (inclusive of attorneys' fees and costs, as well as prejudgment interest through November 18, 2020), plus a per diem interest rate of $86.51 for the Term Note, and $36.46 for the Demand Note from November 19, 2020 through the date final judgment is entered. The per diem interest for the Term Note is $29,845.40, and the per diem interest for the Demand Note is $12,578.20; accordingly, the case is closed.

**Dated:**  New York, New York
           October 29, 2021

                                              **RUBY J. KRAJICK**
                                                Clerk of Court
                               BY:
                                                  Deputy Clerk